UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:20-cv-01250-AFM                                         Date:  October 12, 2021

Title      Catherine Sandberg v. Kilolo Kijakazi

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

    Pursuant to the parties' Joint Stipulation for Extension of Time (ECF No. 22), order granting extension of time (ECF No. 24), and supplemental order extending time for Defendant to file her Memorandum in Support of Answer (ECF No. 25), Defendant's Memorandum in Support of Answer was due on October 7, 2021.  The docket shows that, as late as the date of this Order, Defendant has not filed the Memorandum in Support Defendant's Answer.  Defendant has failed to comply with the Court's Order.

    Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, Defendant shall show cause in writing why judgment should not be entered in favor of Plaintiff.  The filing of the Memorandum in Support of Defendant's Answer within 20 days shall discharge the order to show cause and all other deadlines required by the Case Management Order will be extended accordingly.

    Additionally, Defendant shall include in her Memorandum a response to the New Authority (ECF Nos. 23, 26) and how it should affect the Court's consideration of this case.

    IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |