UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CATHERINE SANDBERG,<br>　　Plaintiff,<br>　　v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>　　Defendant. | No. 5:20-cv-01250-AFM<br><br>[~~PROPOSED~~] JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 11/18/2021

　　　　　　　　　　　　　　　　　/s/ Alex MacKinnon
　　　　　　　　　　　　　　　　　HON. ALEXANDER F. MACKINNON
　　　　　　　　　　　　　　　　　United States Magistrate Judge

-1-